UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL MCVEY,**  Plaintiff,  V.  **GREASE MONKEY INTERNATIONAL, LLC,**  Defendant. | 1:20-cv-04773-LMM-JKL |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between the parties, by and through their respective undersigned counsel, that the above-captioned action is voluntarily dismissed **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees, including attorneys' fees.

Respectfully submitted this 16th day of February, 2021.

| | |
|---|---|
| /s/Rachel B. Canfield<br>Rachel B. Canfield<br>Georgia Bar No. 488716<br>The Kirby G. Smith Law Firm, LLC<br>4488 North Shallowford Road<br>Suite 105<br>Atlanta, GA 30338<br>T: (470) 387-9292<br>rbc@kirbygsmith.com | /s/Dionysia Johnson-Massie *(with permission)*<br>Dionysia Johnson-Massie<br>Georgia Bar No. 393323<br>Detrachia André<br>Georgia Bar No. 743535<br>Littler Mendelson, P.C.<br>3424 Peachtree Road NE<br>Suite 1200<br>Atlanta, GA 30326-1126<br>T: (404) 760-3901<br>djmassie@littler.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of Court via the Court's CM/ECF system.

Respectfully submitted this 16th day of February, 2021.

    The Kirby G. Smith Law Firm, LLC

    /s/Rachel B. Canfield
    Rachel B. Canfield
    Georgia Bar No. 488716

## **FONT AND POINT CERTIFICATION**

The Undersigned counsel for Plaintiff certifies that the within and foregoing JOINT STIPULATION OF DISMISSAL was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

Respectfully submitted this 16th day of February, 2021.

The Kirby G. Smith Law Firm, LLC

/s/Rachel B. Canfield
Rachel B. Canfield
Georgia Bar No. 488716